UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
IRMA DALTON AND BALNCHE DALTON
d/b/a SIDNEY 39 LTD.,

                Plaintiffs,

    -against-

HARLEYSVILLE WORCESTER INSURANCE
COMPANY and the HARLEYSVILLE GROUP,

                Defendants.
-----------------------------------------------------------------X

JUDGMENT
05-CV- 2020 (DLI)

FILED
IN CLERKS OFFICE
U.S. DISTRICT COURT E.D. N.Y.
★ JUL 2 5 2007 ★
P.M. _____
TIME A.M. _____

An Order of Honorable Dora L. Irizarry, United States District Judge, having been filed on July 24, 2007, granting Harleysville's motion for summary judgment; denying the Dalton's cross-motion for summary judgment; and dismissing the complaint; it is

ORDERED and ADJUDGED that plaintiffs take nothing of the defendants; that Harleyville's motion for summary judgment is granted; that the Dalton's cross-motion for summary judgment is denied; and that the complaint is dismissed.

Dated: Brooklyn, New York
       July 24, 2007

                                        S/ RCH
                                        ROBERT C. HEINEMANN
                                        Clerk of Court